NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3135

KENNETH M. PEDELEOSE,

Petiitoner,

v.

DEPARTMENT OF DEFENSE,

Respondent.

Petition for review of the Merit Systems Protection Board in
AT0752060350-R-1.

ON MOTION

## O R D E R

Kenneth M. Pedeleose moves for an extension of time to file his reply brief.

Pedeleose's reply brief is timely; thus, the extension motion is moot.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

JUN 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Pedeleose
Michael N. O'Connell, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 11 2009

JAN HORBALY
CLERK